UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12cr27-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER AND JUDGMENT |
| v. ) | CONFIRMING FORFEITURE |
| ) | |
| BAUTISTA MEDRANO ANDAYA, ) | |
| ) | |
| Defendant. ) | |

On February 15, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Counts One and Two in the Bill of Indictment and evidence already on record; and was adjudged guilty of the offenses charged in those counts.

On August 10, 2012 through September 8, 2012, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from August 10, 2012 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has

therefore been forfeited to the United States for disposition according to law:

**One Olympic Arms AR-15 assault rifle and ammunition; and**

**One Smith & Wesson .38 caliber revolver and ammunition.**

Signed: January 15, 2013

Frank D. Whitney
United States District Judge